UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY AKIHO, *Plaintiff*, v. PASCAL LE BOEUF and NEW FOCUS RECORDINGS, LLC *Defendants*. | No. 1:18-cv-00806-WHP  **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and among Plaintiff Andy Akiho ("Plaintiff") and Defendants Pascal Le Boeuf and New Focus Recordings, LLC (collectively, "Defendants"), the parties to the above-captioned action, that all of Plaintiffs' claims and Defendants' counterclaims pending in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

Dated: November 24, 2020

By: _____
    Andrew H. Bart

Andrew H. Bart
Jacob L. Tracer
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 891-1600
Fax: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

*Attorneys for Plaintiff*

Dated: November 24, 2020						By: _____
									Mark C. Rifkin

Mark C. Rifkin
Randall S. Newman
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
rifkin@whafh.com
newman@whafh.com

Heather D. Rafter
RAFTER MARSH US
240 Gabarda Way
Portola Valley, CA  94028
Tel.: (650) 804-9100
Fax: (650) 233-0172
heather@raftermarsh.com

*Attorneys for Defendants*